# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Abu Dhabi Supplies & Commercial Services Establishment | ) ASBCA No. 63939 |
| | ) |
| | ) |
| Under Contract No. FA5706-14-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:
    Kevin P. Connelly, Esq.
    Jeffrey M. Lowry, Esq.
     Vedder Price
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:
    Caryl A. Potter III, Esq.
     Air Force Deputy Chief Trial Attorney
    Kelsi Pilcher, Esq.
    Siobhan Donahue, Esq.
     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 22, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63939, Appeal of Abu Dhabi Supplies & Commercial Services Establishment, rendered in conformance with the Board's Charter.

Dated: May 22, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals